BEFORE THE THIRD DIVISION, DECEMBER 14, 1950

No. 54987.—Damascus Trading Co. et al. *v.* United States, protests 141770–K, etc. (New York).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.